241 So.2d 254

Rosalie FASSITT et al.

v.

UNITED T. V. RENTAL, INC. et al.

No. 50981.

Nov. 25, 1970.

Writ denied. There is adequate remedy by appeal on all issues raised and not sufficient showing of prejudice and irreparable injury to warrant the exercise of our supervisory jurisdiction.

241 So.2d 254

LAKESIDE RAMBLER SALES, INC.

v.

DURAD CORPORATION, Sherman Conrad, Roger Miles and Irene Conrad, Individually.

No. 50982.

Nov. 25, 1970.

PER CURIAM.

Not considered. The application was not timely filed. See: La. Constitution, Article VII, Section 11.